# United States District Court

## Northern District Of Texas

### Complaint

Akeem Harris (also known in this complaint as as) I, I'm, my, me, him, his, he, Harris

Plaintiff,

v

City Of Grand Prairie, (also known in this complaint as) they, them, they're, their, officer, Grand Prairie Police Department

Defendants,

Case Number:_____

### Jurisdiction

(1) 28 U.S. Code § 1331 states that the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

### Introduction

(2) The Plaintiff, a citizen of the United States of America, is making a complaint against the Grand Prairie Police Department who is an organization acting on behalf of, and, in the interest of the City of Grand Prairie. The Plaintiff is commencing this civil action to recover monetary damages and injunctive relief from the Defendant pursuant to Title 18 U.S. Code § 242 - deprivation of rights under color of law, Title 42 U.S. Code § 12132 and the Americans with Disabilities Act (ADA).

### Facts

(3) Statement By the Plaintiff, Akeem Harris: On 02/21/2023 approximately 2:00pm near 801 Conover Dr. Grand Prairie TX, I made a 911 call to request that the fire department respond to a vehicle fire that was going on. Local law enforcement for Grand Prairie showed up to the scene. The officers want to get an ID and make an incident report. The officer begins to question me about " what's in the bag", referring

to my backpack. I then responded "none of your business". The officer then brings up the make/ model and serial number of a firearm owned by me and I respond, "that's good to know you know that but that information is irrelevant at this point. " I explain to the officers that I suspect possible foul play in the fire because of leaving my vehicle unattended for some time the day before. I also explained that I have reported ongoing stalking here in Texas and other states. Officer New elaborated on my comment and started to talk about "gang stalking" and how he did research on it and it could be that. I acknowledged to Officer New that I am aware of "gang stalking" and also did research on the organized stalking phenomena. I let officer New know that I've been trying to make efforts to objectively make reports on the stalking activity I experienced for record purposes. I requested to go to the hospital for a hand burn but when I was being loaded into the EMT vehicle, the EMTs wanted to check my bag. I declined and was told that they cannot drive me to the hospital. I then explained that, "that is no problem i can make the trip myself." While deciding what I was going to do with the vehicle I was abruptly grabbed and handcuffed by Officer New and told that i'm being taken to the hospital. During the trip to the hospital I was asked a series of questions by Officer New to which were inappropriate since I was already in custody. These questions were, "how's your relationship with your mom? Do you wish she was dead? What kind of music do you like?" I thought these questions were odd given that the officers had already made the determination that I needed emergency medical detention. I was taken to Parkland Hospital when I was informed and discovered that the officers on scene had lied about our conversation and that's why I was there. I recalled in the hospital that earlier that day I had a conversation with officer B. Emery about me refusing him to check my bag. Officer B. Emery said to me hypothetically, "what are you gonna do? I just wanna make sure no one takes your firearm off you out here." I responded, "that would not happen, they'd be risking dying in the streets going for my firearm while it's on me." Officer B. Emery then asked, "what would you do if you came out here and someone was entering your car?" I responded "they'd catch a beating." My issue with this incident is that the officers dishonestly gained access to my firearm to separate me from it without any mention, sight, or knowledge of the firearm being in my bag. Officer B. Emery clearly made from the start where his interest lies in the interaction. They abused their

authority as law enforcement officers and intentionally made inaccurate assessments to satisfy emergency detention. They could not have made this judgment to satisfy this requirement without the knowledge of any danger being present or anyone else around when they made the judgment. I only wanted help from the local fire department to put out the fire. Additionally I felt discriminated against because I was being judged to have a disability and asked this question by Officer B. Emery. To Officer B, Emery that was enough to satisfy the requirements for me to be deprived of my freedom and constitutional rights.

## Causes Of Action

### Count 1: Fourth Amendment of the U.S. Constitution

(4) Harris re-alleges all previous allegations that appear above

(5) The fourth amendment right grants the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

(6) Harris' backpack was searched without obtaining consent.

(7) Harris' firearm was not in plain view or readily accessible for quick use.

(8) Harris was held prisoner unwillingly by the Grand Prairie Police Department and then by Parkland Hospital.

(9) The officers lied in order to satisfy the requirements for emergency detention under.

### Count 2: Fifth Amendment of the U.S Constitution

(10) Harris re-alleges all previous allegations that appear above.

(11) No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in

actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

(12) Harris' firearm was taken for safekeeping in the name of public safety

(13) Harris' was not compensated and is currently still deprived of his firearm.

## Count 3: Second Amendment of the U.S. Constitution

(14) Harris re-alleges all previous allegations that appear above.

(15) The Second Amendment of the U.S Constitution states that a well regulated militia, being necessary to the security of a free state, the right of the people to keep and bear arms, shall not be infringed.

(16) Harris' firearm was taken when he was in lawful possession of it.

(17) Harris' firearm was not returned to him upon claiming it at the Grand Prairie Police Department station.

() Harris communicated with officer New on 04/15/2023 when he was notified that the nics check had denied him.

(18) The officers did not provide Harris with a way of getting his firearm back or mailed to his closest known relative as required in Title 1 Art. 18.191.

(18) The officers lied and sought to get access to Harris' firearm.

## Count 4:  Americans with Disabilities Act (ADA)

(19) Harris re-alleges all previous allegations that appear above.

(20) The Americans with Disabilities Act (ADA) is a federal civil rights law that prohibits discrimination against people with disabilities in everyday activities. The ADA guarantees that people with disabilities have the same opportunities as everyone else to enjoy employment opportunities, purchase goods and services, and participate in state and local government programs.

(21) Under the ADA Act a person with a disability is someone who; has a physical or mental impairment that substantially limits one or more major life activities, has a history or record of such an impairment (such as cancer that is in remission), or is perceived by others as having such an impairment (such as a person who has scars from a severe burn).

(22) Harris has no self perceived or medical history of having a disability.

(23) The officer questioned Harris of his disability status and nature of.

(24) The officer detained Harris for emergency detention under Texas Health and Safety Code Title 7 Sub. C Ch. 573 Subch.

(25) On the Notice of Emergency Detention form filled out by officer New, his reason for question 3. States unknown reason for believing that harm is imminent.

(26) The officer's answer to question 4 on the Notice of Emergency Detention states the Plaintiff says "im ready" in response to a hypothetical situation of; "what if someone premeditatively commits a crime against your person or property?"

(27) The officers fished the Plaintiff for responses that would satisfy Ch573(a) long after they had already made the determination and detained Harris under this code.

(28) Officer new claimed responsibility for conversation that was made with officer B. Emery and not in his presence.

(29) The officer believed that a perceived disability alone was dangerous and took action as a result of this belief.

## Damages

(30) Punitive - $46,000.00

(31) Compensatory (general) - $360,000.00

(32) Tangible Property - $940.00

## Relief Sought

(33) Wherefore, Plaintiff is requesting the following relief from the Defendant:

- Monetary relief for damages sought no less than $406,940.00.
- A Jury trial to try this action.
- Injunctive relief to prevent future violation of Plaintiff's civil rights.
- Attorney fees, if any, awarded to the Plaintiff
- Court fees, if any, awarded to the Plaintiff.
- Return of, replacement, or compensation for the Plaintiffs property taken.
- Any further relief that the court deems just and proper.

Respectfully,

*[signature]*                                                04/18/2023

Akeem Harris, Plaintiff                                      Date:

1321 Upland Dr. PMB 16219

Houston, TX 77043

214-422-1670

## Verification

I, Akeem Harris, declare as follows:

1. I am a Plaintiff in the present case.

2. I have personal knowledge of the events in the foregoing complaint.

3. I certify under penalty of perjury that the factual statements in this complaint are true.

Executed on this __18th__ day of __April__, Year __2023__

*[signature]*

Akeem Harris, Plaintiff

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Akeem Harris

**DEFENDANTS**
City of Grand Prairie

**(b)** County of Residence of First Listed Plaintiff: Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*: N/A

Attorneys *(If Known)*

[Stamp: RECEIVED APR 18 2023 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS]

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [x] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [x] 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**TORTS — PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**PRISONER PETITIONS — Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty

**Other:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 18 U.S. Code 242 - deprivation of rights un[der]

Brief description of cause:
deprivation of rights under color of law

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $406,940.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY *(See instructions)*:
JUDGE: _____     DOCKET NUMBER: _____

DATE: 04/18/2023
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____