IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AKEEM HARRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-813-B |
| | § | |
| CITY OF GRAND PRAIRIE and GRAND | § | |
| PRAIRIE POLICE DEPARTMENT, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in

this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed

findings, conclusions, and recommendation as supplemented to which objection was made, and

reviewed the remaining proposed findings, conclusions, and recommendation as supplemented for

plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation

of the United States Magistrate Judge.

SO ORDERED.

DATE: June 13th, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE