IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AKEEM HARRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-813-B |
| | § | |
| CITY OF GRAND PRAIRIE and GRAND PRAIRIE POLICE DEPARTMENT, | § § § | |
| | § | |
| Defendants. | § | |

# JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**DATE: June 13th, 2023.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE